No. 00–9683.  CALCARI v. SUTHERS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 00–9703.  FLEMING v. CRANE.  Ct. App. Tex., 5th Dist. Certiorari denied.

No. 00–9717.  HANKS v. CALIFORNIA BOARD FOR PROFESSIONAL ENGINEERS AND LAND SURVEYORS.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 00–9719.  GODWIN v. NORTH CAROLINA.  Ct. App. N. C. Certiorari denied.

No. 00–9720.  HARRINGTON v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 00–9736.  MILLER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir.  Certiorari denied.

No. 00–9758.  BAGWELL v. TENNESSEE DEPARTMENT OF CHILDREN'S SERVICES.  Ct. App. Tenn.  Certiorari denied.

No. 00–9765.  BEARD v. ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 00–9814.  CHUN-HSUAN SU v. POLYTECHNIC UNIVERSITY. C. A. 1st Cir.  Certiorari denied.

No. 00–9818.  FRAZIER v. TURNER ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 00–9848.  McROBERTS v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 00–9872.  LYND v. TURPIN, WARDEN.  Super. Ct. Butts County, Ga.  Certiorari denied.

No. 00–9873.  CAMPBELL v. HENDERSON, POSTMASTER GENERAL.  C. A. 9th Cir.  Certiorari denied.

No. 00–9874.  DAVENPORT v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.